# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 211 WAL 2023

                      Respondent   :

                                :   Petition for Allowance of Appeal

                                :   from the Order of the Superior Court

           v.                      :

JODEN ROCCO,                   :

                      Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of January, 2024, the Petition for Allowance of Appeal is **DENIED**.

    Justice McCaffery did not participate in the consideration or decision of this matter.